IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 07-cr-00372-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDY LEE OSUNA,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file. In my prior position as the chief of the Special Prosecutions Section of the U.S. Attorney's Office for the District of Colorado, I supervised the Assistant U.S. Attorney, Habib Nasrullah, who handled this case. After Mr. Nasrullah left the U.S. Attorney's Office, I entered an appearance in this case. As a result, pursuant to 28 U.S.C. § 455, I must recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

DATED October 30, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge