UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00372-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDY LEE OSUNA,

    Defendant.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Tuesday, November 16, 2010 at 10:30 a.m.**

    Dated: September 20, 2010.